November 15, 2022

USDC- GREE...
'22 N...

Re: Heidary v. Amazon.com, Inc & Ring LLC, Civil Action No. 8:22-cv-2319-GLS (D. Md. Sept 13, 2022).

From: Massoud Heidary

121 Central Avenue,

Gaithersburg, MD 20877


To: Unites States District court of Maryland

    South Division, Clerk's Office

    6500 Cherrywood Lane

    Greenbelt, MD 20770


I am writing to your honorable office in regards to the above case.

1. On September 13, 2022, I served both Amazon.com Inc and Ring LLC about my claim.

2. On October 7, 2022 I received a letter from Jennifer Librach Nall who claimed to represent both Amazon.com Inc and Ring LLC (please see attachment #1). The letter had the address of Ms. Nall as DLA Piper LLP (US), 401 Congress Avenue, Ste. 2500, Austin, TX 78701.

3. I didn't receive any replay from Jennifer Librach Nall to my letter of October 11, 2022. I received a certified mail from Dawn Kuhrmann of DLA PIPER, 625 Smith Avenue, Baltimore, MD 21209; when I opened the certified mail, I noticed that my own letter of October 11, 2022 which was addressed to Jennifer Librach Nall, was enclosed with nothing else. (Please see attachment #2 showing the post office certified mail receipt).

4. I am requesting your good offices to consider a summary judgement against both Amazon.com Inc and Ring LLC, to stop the sale of my inventions and furthermore to force them to reimburse me for the damages of their negligence knowingly violating my inventions rights.


Sincerely,

Massoud Heidary