*Attachment #1*

**DLA PIPER**

DLA Piper LLP (US)
401 Congress Avenue, Ste. 2500
Austin, TX 78701
www.dlapiper.com

Jennifer Librach Nall
Jennifer.Nall@us.dlapiper.com
T  512.457.7249

October 7, 2022
*Via Certified Mail and Email:*

Massoud Heidary
121 Central Avenue
Gaithersburg, Maryland 20877
Massoud1.mh@gmail.com

OSI Management Inc.
c/o Massoud Heidary
1629 K Street NW, Ste. 300
Washington, D.C. 20006

Re: *Heidary v. Amazon.com, Inc & Ring LLC*, Civil Action No. 8:22-cv-2319-GLS (D. Md. Sept 13, 2022).

Dear Mr. Heidary:

My name is Jennifer Nall, and I am lead counsel for Amazon.com, Inc. and Ring LLC (collectively, "Amazon") in relation to the lawsuit you recently brought in the District of Maryland asserting infringement of U.S. Patent No. 10,380,862. I urge you to review this letter carefully and, in the event you retain counsel, to immediately share this letter with any such counsel.

I am reaching out to discuss an appropriate resolution to the litigation you have initiated. I understand that you are representing yourself in this matter, and I have carefully endeavored to draft this letter in a manner that allows you to confirm my description of the applicable principles of law. To that end, I have attached a copy of each statute and precedent that I reference, to allow you to see for yourself that my description of the law is correct.

Under applicable federal law, your allegations of infringement against Amazon and Ring are untenable for multiple independent reasons—each of which dooms this lawsuit at the threshold. I write to help you understand why that is so.

In short (and as detailed below), you have brought a lawsuit in the wrong place, accusing products that are not Amazon's, based on allegations of infringement that are foreclosed and unsustainable as a matter of law. Your patent claims a very specific combination of components, including several components that have absolutely no connection to Amazon whatsoever. Accordingly, under binding case law, Amazon cannot be an infringer of your patent.

Because you are representing yourself, you may not be aware of your potential liability for Amazon's attorneys' fees. The District of Maryland has repeatedly awarded

WEST\300040018.4