**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| MASSOUD HEIDARY, | |
| Plaintiff, | |
| v. | Civil Action No.: TDC-22-2319 |
| AMAZON.COM, INC. and RING LLC | |
| Defendants. | |

**DEFENDANTS' MOTION TO DISMISS PURSUANT FED R. CIV. P. 12(B)(6) AND RING LLC'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(3)**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Amazon.com, Inc. and Ring LLC move to dismiss the Complaint (ECF No. 1) with prejudice for failure to state a claim as detailed in the accompanying memorandum of law. As an independent ground, Defendant Ring LLC further moves to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(3) for improper venue as also detailed in the accompany memorandum of law.

Dated: June 9, 2023

Respectfully submitted,

**DLA PIPER LLP (US)**

_____/s/_____
Daniel E. Larkins (Bar No. 21244)
500 Eighth Street NW
Washington, DC 20004
T: (202) 799-4203
daniel.larkins@us.dlapiper.com

Jennifer Librach Nall (admitted *pro hac vice*)
303 Colorado Street, Ste. 3000
Austin, TX 78701
T: (512) 457-7249
jennifer.nall@us.dlapiper.com

Ferlillia V. Roberson (admitted *pro hac vice*)
444 West Lake Street, Ste. 900
Chicago, IL 60606
T: (312) 368-3903
ferlillia.roberson@us.dlapiper.com

Catherine Huang (admitted *pro hac vice*)
401 B Street, Ste. 1700
San Diego, CA 92101
T: (619) 699-2744
catherine.huang@dlapiper.com

Christian Chessman (admitted *pro hac vice*)
500 Eighth Street NW
Washington, DC 2004
T: (410) 580-4484
christian.chessman@us.dlapiper.com

*Attorneys for Defendants Amazon.com, Inc. and
Ring LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of June 2023, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record, and was sent to Plaintiff via certified mail at the following address:

Massoud Heidary
121 Central Avenue
Gaithersburg, Maryland 20877

_____/s/_____
Daniel E. Larkins