**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| MASSOUD HEIDARY,<br><br>              Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. and<br>RING LLC<br><br>              Defendants. | Civil Action No.: TDC-22-2319 |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Dismiss, and the parties' respective submissions in support thereof and in opposition thereto, it is hereby

ORDERED that Defendants' motion is GRANTED; and

FURTHER ORDERED that this action DISMISSED with prejudice.

SO ORDERED.

Dated: _____            _____
                                                THEODORE D. CHUANG
                                                United States District Judge